UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 14-12717-RGS

DION RIVERA

v.

UMASS CORRECTIONAL HEALTH CARE, et al.

ORDER

February 22, 2016

STEARNS, D.J.

In a memorandum and order dated December 23, 2015 (docket entry no. 11), the Court ordered that summonses issue as to seven of the twenty defendants in this action. The Court further ordered that the claims against the thirteen defendants as to whom summonses did not issue would be dismissed in forty-two days unless that plaintiff filed an amended complaint in which he set forth with clarity the alleged misconduct of each of those defendants.

The deadline for complying with the Court's directive has expired without any response from the plaintiff. Accordingly, the claims against (1) UMass Medical School; (2) Commonwealth of Massachusetts; (3) Governor Deval Patrick; (4) Ellen Kurtz; (5) Linda Booth; (6) Catherine Burke; (7) Dr. King; (8) Lawrence Weiner; (9) Dyana Nickl; (10) Cynthia Sumner; (11) Herbert Ddungo, Nurse Practitioner; (12) RN Bill; and (13) RN/LPN Beth are DISMISSED pursuant to 28 U.S.C. § 1915(e)(2)(B) for failure to state a

claim upon which relief may be granted.  These thirteen parties shall be terminated as defendants in this action.

The Court reminds the plaintiff that he is responsible for serving, in accordance with Rule 4 of the Federal Rules of Civil Procedure, the seven defendants as to whom summonses issued by April 21, 2016.  Failure to comply with this deadline may result in dismissal of the action.


SO ORDERED.

 /s/ Richard G. Stearns
UNITED STATES DISTRICT JUDGE